# United States District Court

### District of Utah

BRYSON KEHL and ALLIE KEHL

        Plaintiffs,

        v.

STATE FARM FIRE AND CASUALTY COMPANY

        Defendant.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:23-cv-342-DBP

IT IS ORDERED AND ADJUDGED

that Plaintiffs' action is dismissed with prejudice.

Dated: October 17, 2024.

By the Court:

Dustin B. Pead
United States Magistrate Judge